B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hermitage Developers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**46-0504796** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4307 Central Pike**<br>**Hermitage, TN**<br>ZIP Code **37076** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Davidson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hermitage Developers, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hermitage Developers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Joseph P. Rusnak**
Signature of Attorney for Debtor(s)

**Joseph P. Rusnak 012464**
Printed Name of Attorney for Debtor(s)

**Tune, Entrekin & White, P.C.**
Firm Name

**Regions Center, Suite 1700**
**315 Deaderick Street**
**Nashville, TN 37238**

Address

**Email: Jrusnak@tewlawfirm.com**
**(615) 244-2770  Fax: (615) 244-2778**
Telephone Number

**June 16, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dwight Holland**
Signature of Authorized Individual

**Dwight Holland**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 16, 2008**
Date

# CERTIFIED COPY OF RESOLUTION
# OF
# THE BOARD OF DIRECTORS OF
# HERMITAGE DEVELOPERS, INC.

I certify that I am the elected and qualified President of Hermitage Developers, Inc., a Tennessee corporation; that the following Resolution was adopted by unanimous consent of the Board of Directors on June 16, 2008; that the following Resolution is a true and correct and compared copy of that appearing in the minute book of said Corporation, which is under my control; that said Resolution was properly adopted and has never been set aside, modified or vacated, is at this date in full force and effect, and is in words and figures as follows:

WHEREAS, in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interest of the Corporation, its creditors, stockholders, employees, and other interested parties, that a petition for reorganization of this Corporation be filed under the provisions of Chapter 11 of Title 11, United States Code;

RESOLVED, that the appropriate officers of the Corporation are hereby authorized and directed to make, execute, acknowledge, verify, seal, and file a petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code. The appropriate officers of the Corporation are further authorized and directed to prepare all necessary schedules and other documents to present with the petition for reorganization; to retain counsel in connection with the foregoing; to make such necessary arrangements for the payment of counsel fees, expenses and costs as the situation requires; and to do any and all other acts and things to make, execute, acknowledge, verify, seal, deliver, and file any and all other instruments, documents, and papers as may be necessary, proper or advisable in connection with the foregoing;

FURTHER RESOLVED, that the Corporation hereby authorizes retaining Tune, Entrekin & White, P.C. of Nashville, Tennessee, to prepare such petitions and schedules in connection with the foregoing, pursue the reorganization with the Bankruptcy Court, and otherwise represent the Corporation in its reorganization efforts.

IN TESTIMONY WHEREOF, I have hereunto signed my name as the President of Hermitage Developers, Inc. this the 16 day of June 2008.

HERMITAGE DEVELOPERS, INC.

By: _Dwight Holland_ (signature)
Dwight Holland

Its: President


Sworn to and subscribed before me
this 16 day of JUNE 2008.

_Joseph P. Rusnak_ (signature)
Notary Public

My Commission Expires: _____



My Commission Expires MAY 26, 2010


*H:\JPRAssistant\JPR\Hermitage Developers Work-Out\CertifiedBdDirectorsResolution wpd*

# United States Bankruptcy Court
**Middle District of Tennessee**

In re   **Hermitage Developers, Inc.**        Case No. _____
                                Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | **10,946.00** |
   | Prior to the filing of this statement I have received | $ | **10,946.00** |
   | Balance Due | $ | **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):    **H Excavation, LLC**

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Additional legal services anticipated to be rendered to Debtor after exhaustion of the $13,961.00 retainer described above.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 16, 2008**            **/s/ Joseph P. Rusnak**
                                                     **Joseph P. Rusnak 012464**
                                                     **Tune, Entrekin & White, P.C.**
                                                     **Regions Center, Suite 1700**
                                                     **315 Deaderick Street**
                                                     **Nashville, TN 37238**
                                                     **(615) 244-2770   Fax: (615) 244-2778**
                                                     **Jrusnak@tewlawfirm.com**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Hermitage Developers, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 84 Lumber Company<br>PO Box 365<br>Eighty Four, PA 15330 | 84 Lumber Company<br>PO Box 365<br>Eighty Four, PA 15330 | | | 16,032.43 |
| American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329 | | | 184,371.75 |
| AMS Framing Co. LLC<br>1014 Saxony Lake Dr.<br>Antioch, TN 37013 | AMS Framing Co. LLC<br>1014 Saxony Lake Dr.<br>Antioch, TN 37013 | | | 14,145.75 |
| Associated Masonry Products, Inc.<br>485 Allied Drive<br>Nashville, TN 37211 | Associated Masonry Products, Inc.<br>485 Allied Drive<br>Nashville, TN 37211 | | | 18,961.43 |
| Brown's Concrete and Block Co. INC<br>204 Cowan Rd.<br>Dickson, TN 37055 | Brown's Concrete and Block Co. INC<br>204 Cowan Rd.<br>Dickson, TN 37055 | | | 42,935.57 |
| Caterpillar/D4<br>P.O. Box 34001<br>Nashville, TN 37203 | Caterpillar/D4<br>P.O. Box 34001<br>Nashville, TN 37203 | | | 19,289.38 |
| CitiCapital<br>P.O. Box 6229<br>Carol Stream, IL 60197 | CitiCapital<br>P.O. Box 6229<br>Carol Stream, IL 60197 | | | 22,190.65 |
| CitiCapital/Volvo/ EC 330 BLC<br>P.O. Box 6229<br>Carol Stream, IL 60197 | CitiCapital/Volvo/ EC 330 BLC<br>P.O. Box 6229<br>Carol Stream, IL 60197 | | | 43,391.67 |
| Cloud Concrete Products<br>P.O. Box 402721<br>Atlanta, GA 30384 | Cloud Concrete Products<br>P.O. Box 402721<br>Atlanta, GA 30384 | | | 14,905.34 |
| Cullum Wood Products<br>216 Shady Grove Rd.<br>Nashville, TN 37214 | Cullum Wood Products<br>216 Shady Grove Rd.<br>Nashville, TN 37214 | | | 22,898.81 |
| GTI South, Inc.<br>P.O. Box 160<br>Falling Waters, WV 25419 | GTI South, Inc.<br>P.O. Box 160<br>Falling Waters, WV 25419 | | | 102,070.84 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Hermitage Developers, Inc.**   Case No.  _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Harris Electric Supply Company**<br>P.O. Box 24707<br>Nashville, TN 37202 | **Harris Electric Supply Company**<br>P.O. Box 24707<br>Nashville, TN 37202 | | | 17,226.62 |
| **Hayes Pipe Supply, Inc.**<br>P.O. Box 101550<br>Nashville, TN 37224 | **Hayes Pipe Supply, Inc.**<br>P.O. Box 101550<br>Nashville, TN 37224 | | | 67,648.78 |
| **Jan's Painting & Drywall**<br>231 Deluin Drive<br>Antioch, TN 37013 | **Jan's Painting & Drywall**<br>231 Deluin Drive<br>Antioch, TN 37013 | | | 15,475.00 |
| **Parman Lubricants**<br>7101 Cockrill Bend Blvd<br>Nashville, TN 37209 | **Parman Lubricants**<br>7101 Cockrill Bend Blvd<br>Nashville, TN 37209 | | | 21,572.89 |
| **Smyrna Ready Mix**<br>4475 Hickory Grove Road<br>Murfreesboro, TN 37129 | **Smyrna Ready Mix**<br>4475 Hickory Grove Road<br>Murfreesboro, TN 37129 | | | 25,810.85 |
| **The Contractor Yard**<br>**ProBuild East LLC**<br>900 W Trade Street Ste 715<br>Charlotte, NC 28202 | **The Contractor Yard**<br>**ProBuild East LLC**<br>900 W Trade Street Ste 715<br>Charlotte, NC 28202 | | | 59,742.09 |
| **Titan Electric**<br>1127 Cedar Grove Raod<br>Lebanon, TN 37087 | **Titan Electric**<br>1127 Cedar Grove Raod<br>Lebanon, TN 37087 | | | 16,833.78 |
| **Volvo Financial Services**<br>P.O. Box 26131<br>Chattanooga, TN 37402 | **Volvo Financial Services**<br>P.O. Box 26131<br>Chattanooga, TN 37402 | | | 20,706.12 |
| **Wamble & Associates, PLLC**<br>40 Middleton Street<br>Nashville, TN 37210 | **Wamble & Associates, PLLC**<br>40 Middleton Street<br>Nashville, TN 37210 | | | 124,529.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 16, 2008**       Signature  **/s/ Dwight Holland**
                                         **Dwight Holland**
                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Case 3:08-bk-05050   Doc 1   Filed 06/16/08   Entered 06/16/08 16:45:07   Desc Main
Document      Page 8 of 14

HERMITAGE DEVELOPERS, INC.
4307 CENTRAL PIKE
HERMITAGE TN 37076

JOSEPH P. RUSNAK
TUNE, ENTREKIN & WHITE, P.C.
REGIONS CENTER, SUITE 1700
315 DEADERICK STREET
NASHVILLE, TN 37238

84 LUMBER COMPANY
PO BOX 365
EIGHTY FOUR PA 15330

AC CONCRETE
1615 BILL ELLER DR.
LA VERGNE TN 37086

ACE USA
C/O IZZO INSURANCE SERVICES INC.
7234 W. NORTH AVE
ELMWOOD PARK IL 60707

ADVANCED EXTERIOR WATERPROOFING
2599 PHILLIPS ROAD
LEBANON TN 37087

AFFINITY STONE
90 OCEANSIDE DR
NASHVILLE TN 37204

AMERICAN EXPRESS
PO BOX 297879
FORT LAUDERDALE FL 33329

AMS FRAMING CO. LLC
1014 SAXONY LAKE DR.
ANTIOCH TN 37013

APPS T.V. INSPECTION
3863 PLEASANT GROVE ROAD
WHITE HOUSE TN 37188

ASSOCIATED MASONRY PRODUCTS , INC.
485 ALLIED DRIVE
NASHVILLE TN 37211

AUSTERMILLER ROOFING, INC.
2006 SHORELINE DR.
MOUNT JULIET TN 37122

BROWN'S CONCRETE AND BLOCK CO. INC
204 COWAN RD.
DICKSON TN 37055

CATERPILLAR FINANCIAL SERVICE
P.O. BOX 34001
NASHVILLE TN 37203

CATERPILLAR FINANCIAL SERVICES CORP
P.O. BOX 34001
NASHVILLE TN 37203

CATERPILLAR/D4
P.O. BOX 34001
NASHVILLE TN 37203

CATERPILLER FINANCIAL SERVICES CORP.
P.O. BOX 34001
NASHVILLE TN 37203

CENWOOD APPLIANCE DISTRIBUTORS
4015 ARMORY OAKS DRIVE
NASHVILLE TN 37204

CITICAPITAL
P.O. BOX 6229
CAROL STREAM IL 60197

CITICAPITAL/VOLVO/ EC 330 BLC
P.O. BOX 6229
CAROL STREAM IL 60197

CIVIL SITE
630 SOUTHGATE AVE. SUITE A
HERMITAGE TN 37076

CLAUD HEATING & COOLING INC.
322 WILLHAGAN ROAD
NASHVILLE TN 37217

CLOUD CONCRETE PRODUCTS
P.O. BOX 402721
ATLANTA GA 30384

CONTECH STORMWATER SOLUTIONS
12021 B NE AIRPORT WAY
PORTLAND OR 97220

CREATIVE HOME DESIGNS, INC.
745 S. CHURCH STREET, STE.230
MURFREESBORO TN 37130

CULLUM WOOD PRODUCTS
216 SHADY GROVE RD.
NASHVILLE TN 37214

DARRYL STACHOWIAK
7067 BECKWITH ROAD
MOUNT JULIET TN 37122

EMSER TILE
8431 STANT MONICA BLVD
WEST HOLLYWOOD CA 90069

FERGUSON ENTERPRISES, INC
1708 ELM HILL PIKE
NASHVILLE TN 37210

FLAGPROS
1252 S. GALLATIN ROAD
MADISON TN 37115

FLEETCO LEASING, LLC
1336 FOSTER AVE.
NASHVILLE TN 37210

GILLEY TRUCKING
548 HOLT ROAD
LEBANON TN 37087

GTI SOUTH, INC.
P.O. BOX 160
FALLING WATERS WV 25419

HARRIS ELECTRIC SUPPLY COMPANY
P.O. BOX 24707
NASHVILLE TN 37202

HAYES & ASSOCIATES
P.O. BOX 448
MADISON TN 37116

HAYES PIPE SUPPLY, INC.
P.O. BOX 101550
NASHVILLE TN 37224

HENLEY SUPPLY MILLWORK INC
BOX 306
DECHERD TN 37324

HERTZ EQUIPMENT RENTAL CORP.
14501 QUAIL SPRINGS PW
OKLAHOMA CITY OK 73134

J & J SERVICES, INC
504 AUTUMN SPRINGS CT. UNIT 18
FRANKLIN TN 37067

JAN'S PAINTING & DRYWALL
231 DELUIN DRIVE
ANTIOCH TN 37013

JEFFCO FLOORING & SUPPLY
831 FESSLERS PKWY
NASHVILLE TN 37210

```
JOHN DEERE LANDSCAPES
109 EDISON STREET
NASHVILLE TN 37211

JOSHUA PIERCE D/B/A PIERCE EXTERIORS
3024 LILLARD PL
LEBANON TN 37087

LOWE'S
P.O. BOX 2918
MISSION KS 66201

METRO CARPETS, LLC
1525 ELM HILL PIKE
NASHVILLE TN 37210

N & E ROOFING
P.O. BOX 110372
NASHVILLE TN 37222

NASHVILLE MARBLE & WHIRLPOOL BATH, LLC
333 SAND HILL ROAD
LA VERGNE TN 37086

NATIONWIDE MUTUAL INSURANCE
P.O. BOX 182194
COLUMBUS OH 43218

NEW SOUTH FEDERAL SAVINGS BANK
510 LORNA SQUARE
BIRMINGHAM AL 35216

ORGAIN BUILDERS SUPPLY
P.O. BOX 969
CLARKSVILLE TN 37041

PALMER ENTERPRISES
603 IDLEWOOD DRIVE
MOUNT JULIET TN 37122

PARMAN LUBRICANTS
7101 COCKRILL BEND BLVD
NASHVILLE TN 37209

PLAN EXPRESS
3003 AIRWAYS BLVD SUITE 2147
MEMPHIS TN 38131

PRESTIGE WOOD FURNISHINGS
2315 SAUNDERSVILLE  FERRY ROAD
MOUNT JULIET TN 37122

QUALITY -PLUS KITCHENS
1205B ANTIOCH PIKE
NASHVILLE TN 37211
```

RAM TOOL
P.O. BOX 320979
BIRMINGHAM AL 35232

ROCHELLE, MCCULLOCH & AULDS, PLLC
109 N. CASTLE HEIGHTS AVE
LEBANON TN 37087

ROOFING SUPPLY GROUP, INC OF NASHVILLE
1707 RIVER HILLS DRIVE
NASHVILLE TN 37210

SCOTT EQUIPMENT
1231 BRIDGESTONE PARKWAY
LA VERGNE TN 37086

SMYRNA READY MIX
4475 HICKORY GROVE ROAD
MURFREESBORO TN 37129

SOUTHLAND BATHING PRODUCTS
118 MIDTOWN COURT BUILDING H
HENDERSONVILLE TN 37075

STAR BRIGHT LUXUARY TILE, INC
5161 RICE ROAD #5
ANTIOCH TN 37013

SUPERIOR DRYWALL OF TN, LLC
P.O. BOX 292301
NASHVILLE TN 37229

THE CONTRACTOR YARD
PROBUILD EAST LLC
900 W TRADE STREET STE 715
CHARLOTTE NC 28202

THOMPSON MACHINERY
1245 BRIDGESTONE BLVD
LA VERGNE TN 37086

TITAN ELECTRIC
1127 CEDAR GROVE RAOD
LEBANON TN 37087

TITAN GATE & FENCE COMPANY
1518 W. COLLEGE STREET
MURFREESBORO TN 37129

VALLEY INTERIORS PRODUCTS
350 HERMITAGE AVE.
NASHVILLE TN 37210

```
VOLVO FINANCIAL SERVICES
P.O. BOX 26131
CHATTANOOGA TN 37402

WAMBLE & ASSOCIATES, PLLC
40 MIDDLETON STREET
NASHVILLE TN 37210

WEATHERFORD & ASSOCIATES, LLC
1301 CENTRAL CT.
HERMITAGE TN 37076

WILLIAMS INFORMATION TECHNOLOGIES
1227 PALMER ROAD
LEBANON TN 37090
```