
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 12/10/08



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HERMITAGE DEVELOPERS, INC ) | CASE NO. 08-05050 |
| ) | JUDGE: KEITH M. LUNDIN |
| DEBTOR(S) ) | |

## AGREED ORDER

This matter came on to be heard on November 18, 2008 upon the Objection of Wilson Bank & Trust to the Notice of Sale filed by the Debtor and it appears to the Court that the parties have resolved this matter as follows:

In the event any of the 3 Individual Lots sale for less than $45,000.00, then the sales commission owed to the auctioneer will be 4% on that particular Lot.

All other matters contained in the Debtors Motion for authority to sell property free and clear of liens with all valid liens attaching to the proceeds is hereby approved.

ACCORDINGLY IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Attorney for: Wilson Bank & Trust
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larry@Edmondsonlaw.com

/s/ JOSEPH P. RUSNAK
JOSEPH P. RUSNAK
TUNE ENTREKIN & WHITE, P.C.
Attorney for: Debtor
AmSouth Center, Suite 1700
315 Deaderick Street
Nashville, TN 37238-1700
Ph: (615) 244-2770
Fax: (615) 244-2778
JRUSNAK@TEWLAWFIRM.com

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.