## U.S. Trustee Basic Monthly Operating Report

Case Name: *Hermitage Developers, Inc*

Date Filed: *June 17, 2008*

SIC Code: _____

Case Number: *08-05050-KL3-11*

Month (or portion) covered by this report: *July 2009*

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

DATE REPORT SIGNED: *14 Aug 2009*

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR: *JEFFREY L HOLLAND Project Development*

Phone Number: *615 476 4770*

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | |

1

|  | Yes | No |
|---|---|---|

13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? ☑ ☐

14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? ☐ ☑

15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? ☑ ☐

16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? ☑ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POSTPETITION TAX OBLIGATIONS? ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

STATE of TN FRANCHISE/EXCISE TAX

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME $0

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES $0

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH $0

2

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $30,993.96

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $0

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   4

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   0

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THE REPORTING PERIOD?   0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?   0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?   0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?   $8810

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD?   0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE?   $26,000 (TEW)

3

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS
FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH:                                    0

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):                           0

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:                    0


PROJECTED EXPENSES FOR THE MONTH:                                  0

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):                   0

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:                  0


PROJECTED CASH PROFIT FOR THE MONTH:                               0

ACTUAL CASH PROFIT FOR THE MONTH
    (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)              0

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:


[If actual cash profit was 90% or less of projected cash profit,
please attach a detailed written explanation.]

4

**Regions Bank**

Hermitage
4444 Lebanon Road
Nashville, TN 37076

HERMITAGE DEVELOPERS
JEFFREY L HOLLAND
JAMES D HOLLAND
4307 CENTRAL PIKE
HERMITAGE TN 37076-3233

## FREE BUSINESS CHECKING
July 1, 2009 through July 31, 2009

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $286.90 | | Minimum Balance | $286 |
| Deposits & Credits | $0.00 | + | | |
| Withdrawals | $0.00 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| Ending Balance | $286.90 | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS.
or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area, 326-5667)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

3/12/09 at 14:50:33.79

# DIP Hermitage Developers
## Cash Requirements
### As of Jan 31, 2009

Filter Criteria includes: 1) Invoices Due (no discount available). Report order is by ID. Report is printed in Detail Format.

| Vendor ID Vendor | Invoice/CM # | Date | Date Due | Amount Due | Disc Amt | Age |
|---|---|---|---|---|---|---|
| Auto Owners Auto-Owners Insurance | 009688460/NOV 0 | 10/13/08 | 11/1/08 | 1,291.33 | | 91 |
| | | | | 1,291.33 | | |
| Auto Owners Auto-Owners Insurance | | | | | | |
| Bice Bice & Associates | 81508011 | 8/15/08 | 9/14/08 | 1,175.00 | | 139 |
| | | | | 1,175.00 | | |
| Bice Bice & Associates | | | | | | |
| Bobcat of Nashville Bobcat of Nashville | 615-77324 | 10/8/08 | 11/7/08 | 336.49 | | 85 |
| | | | | 336.49 | | |
| Bobcat of Nashville Bobcat of Nashville | | | | | | |
| Charlie Cardwell Charlie Cardwell, Metro Tr | 2008128313.000 | 10/20/08 | 11/19/08 | 1,808.92 | | 73 |
| | 2008158662.0000 | 10/20/08 | 11/19/08 | 395.92 | | 73 |
| | 2008158658.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158653.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158651.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158652.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158645.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 200815844.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158669.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158646.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158657.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158654.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158650.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158647.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158648.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158649.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158656.0000 | 10/20/08 | 11/19/08 | 808.00 | | 73 |
| | 2008158655.0000 | | | | | |
| | | | | 15,132.84 | | |
| Charlie Cardwell Charlie Cardwell, Metro T | | | | | | |
| Comcast Comcast | 05705518788024/ | 12/28/08 | 1/15/09 | 59.19 | | 16 |
| | | | | 59.19 | | |
| Comcast Comcast | | | | | | |
| Kirkland Kirkland Floor to Ceiling | CG803454/QOV4 | 7/9/08 | 8/8/08 | 2,604.06 | | 176 |
| | CG804102/QOV 4 | 7/22/08 | 8/21/08 | 90.00 | | 163 |
| | | | | 2,694.06 | | |
| Kirkland Kirkland Floor to Ceiling | | | | | | |
| NES | 0839271-0165146 | 12/19/08 | 1/10/09 | 193.97 | | 21 |

3/12/09 at 14:50:33.81

# DIP Hermitage Developers
## Cash Requirements
### As of Jan 31, 2009

Filter Criteria includes: 1) Invoices Due (no discount available). Report order is by ID. Report is printed in Detail Format.

| Vendor ID Vendor | Invoice/CM # | Date | Date Due | Amount Due | Disc Amt | Age |
|---|---|---|---|---|---|---|
| Nashville Electric Service | 0839271-0472020 | 12/19/08 | 1/10/09 | 25.99 | | 21 |
| | 0839271-0000435 | 12/31/08 | 1/10/09 | 96.71 | | 21 |
| | | | | 316.67 | | |
| NES Nashville Electric Service | | | | | | |
| Piedmont | 502225699067/JA | 12/31/08 | 1/30/09 | 67.32 | | 1 |
| Piedmont Natural Gas | 1002716228001/J | 12/31/08 | 1/30/09 | 55.85 | | 1 |
| | | | | 123.17 | | |
| Piedmont Piedmont Natural Gas | | | | | | |
| Tune | 12634 | 9/1/08 | 10/1/08 | 2,860.92 | | 122 |
| Tune, Entrekin, & White | 12917 | 10/1/08 | 12/1/08 | 855.00 | | 92 |
| | 13698 | 11/1/08 | 12/1/08 | 1,588.00 | | 61 |
| | 14047 | 12/10/08 | 1/9/09 | 2,203.78 | | 22 |
| | 14587 | 1/1/09 | 1/31/09 | 1,282.50 | | |
| | | | | 8,810.20 | | |
| Tune Tune, Entrekin & White | | | | | | |
| Turf Pro | 11648/AC DEV | 9/4/08 | 10/4/08 | 115.00 | | 119 |
| Turf Pro Lawn Care & Irrig | 11615/AC DEV | 10/1/08 | 10/31/08 | 98.00 | | 92 |
| | 116115-A | 10/29/08 | 11/28/08 | 44.00 | | 64 |
| | | | | 257.00 | | |
| Turf Pro Turf Pro Lawn Care & Irri | | | | | | |
| Verizon | 1479866262/NOV | 11/4/08 | 12/4/08 | 395.10 | | 58 |
| Verizon Wireless | 1490462749/DEC | 11/28/08 | 12/28/08 | 402.91 | | 34 |
| | | | | 798.01 | | |
| Verizon Verizon Wireless | | | | | | |
| Report Total | | | | 30,993.96 | | |