# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

IN RE:

HERMITAGE DEVELOPERS, INC.,

                    Debtor.

Case No. 3:08-05050
Chapter 11
Judge Lundin

## MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)

The United States Trustee, Region 8 ("U.S. Trustee"), hereby moves the Court for an order pursuant to 11 U.S.C. § 1112(b) to dismiss this Chapter 11 case. This motion is excluded from Local Rule 9013 and pursuant to 11 U.S.C. § 1112(b)(1)(3), the U.S. Trustee requests a hearing date not later than 30 days after the filing date of this motion. In support of this Motion, the U.S. Trustee asserts as follows:

1. This Court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Pursuant to 28 U.S.C. § 586(a)(3)(G), the U.S. Trustee is charged with monitoring the progress of cases under the Bankruptcy Code and taking such actions as the U.S. Trustee deems appropriate to prevent undue delay in such progress. The U.S. Trustee has standing to be heard with regard to this Motion pursuant to 11 U.S.C. § 307.

3. The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on June 16, 2008. This case remains open and pending in the bankruptcy court. No trustee has been appointed in this Chapter 11 case.

4. Quarterly fees payable to the Office of the United States Trustee as required under chapter 123 of title 28 are owed and past due for the 3rd and 4th quarters of 2009. Until this case is dismissed or converted to another chapter, quarterly fees will continue to accrue.

5. During the course of this case the Debtor has filed three motions to sell property of the estate, and all three motions have been approved by the court. However, there is no

subsequent evidence to suggest any of the sales have actually taken place.  No report of sale or notice of distribution has been filed in accordance with LBR 6004-1, and the disposition of net proceeds, if any, is unknown.

6. This case does not appear to be making any progress toward reorganization, as no disclosure statement nor proposed plan of reorganization has been filed by the Debtor since the commencement of this case, and monthly operating reports filed by the Debtor evidence an insufficient net income to support a feasible plan of reorganization.  Therefore, continued residence in chapter 11 causes undue delay which is prejudicial to the creditors.

Wherefore, the U.S. trustee respectfully requests that the Court enter an Order, pursuant to section 1112(b), dismissing the Debtor's case, and that the Court grant such other relief as may be appropriate.

Respectfully submitted,

RICHARD F. CLIPPARD,
UNITED STATES TRUSTEE, REGION 8

/S/ BETH ROBERTS DERRICK, (TN BPR #7138)
**Beth Roberts Derrick**
**Assistant U.S. Trustee, Region 8**
**Office of the U.S. Trustee**
**318 Customs House, 701 Broadway**
**Nashville, TN 37203**
Tel:   (615) 736-2254
Fax:   (615) 736-2260
Email: beth.r.derrick@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2009 a true and correct copy of the foregoing Motion to Dismiss Pursuant to 11 U.S.C. §1112(b) was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) via U. S. mail, postage prepaid to the parties listed on the attached matrix.

/S/Beth Roberts Derrick
**BETH ROBERTS DERRICK**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| In Re: | |
| HERMITAGE DEVELOPERS, INC., | BK Case No.: 3:08-05050 |
| | Chapter 11 |
| Debtor. | Judge Lundin |

# *P R O P O S E D   O R D E R*
## ORDER DISMISSING CHAPTER 11 CASE

This matter came before the Court as a result of the U.S. Trustee's Motion to dismiss Debtor's case filed pursuant to 11 U.S.C. § 1112(b) (the "U.S. Trustee's Motion") on November 20, 2009. There has been no opposition, as evidenced by the fact that no objections have been filed, or all objections have been withdrawn to the relief requested in the U.S. Trustee's Motion.

**IT IS THEREFORE ORDERED** that the Debtor's Chapter 11 Case is **DISMISSED** pursuant to 11 U.S.C. § 1112(b).

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THIS PAGE*

SUBMITTED FOR ENTRY:

RICHARD F. CLIPPARD,
UNITED STATES TRUSTEE, REGION 8

/S/ BETH ROBERTS DERRICK, (TN BPR #7138)
**Beth Roberts Derrick
Assistant U.S. Trustee, Region 8
Office of the U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203**
Tel:   (615) 736-2254
Fax:   (615) 736-2260
Email: beth.r.derrick@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:08-bk-05050<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Tue Nov 17 09:38:28 CST 2009 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | CULLUM WOOD PRODUCTS, INC.<br>C/O V. A. MELTON, JR.<br>211 DONELSON PIKE<br>STE. 210<br>NASHVILLE, TN 37214-2932 |
| Caterpillar Financial Services Corporation<br>c/o Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, TN 37203-0025 | CitiCapital Commercial Corporation<br>c/o Joseph R. Prochaska, Esq.<br>Williams & Prochaska, P.C.<br>401 Church Street<br>Suite 2600<br>Nashville, TN 37219-2208 | FLAGPRO<br>C/O THOMAS PATRICK WALL, III<br>223 MADISON STREET<br>STE.207<br>MADISON, TN 37115-3663 |
| Hermitage Developers, Inc.<br>4307 Central Pike<br>Hermitage, TN 37076-3233 | L&G Construction Company<br>c/o Daniel H. Puryear, Esquire<br>144 Second Avenue North<br>Suite 300<br>Nashville, TN 37201-1938 | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVID<br>Department of Law<br>Metropoltian Courthouse, Suite 108<br>P.O. Box 196300<br>Nashville, TN 37219-6300 |
| MHC Financial Services, Inc.<br>Apperson, Crump & Maxwell, PLC<br>c/o Bruce M. Kahn, Esq.<br>6000 Poplar Avenue<br>Suite 400<br>Memphis, TN 38119-3972 | New South Federal Savings Bank<br>1900 Crestwood Boulevard<br>Birmingham, AL 35210-2034 | PARMAN LUBRICANTS CORPORATION<br>C/O JOHN A. MUELLER, ESQ.<br>144 2ND AVE N<br>SUITE 300<br>NASHVILLE, TN 37201-1938 |
| Prestige Wood Furnishings, LLC<br>2315 Saundersville Ferry Road<br>Mount Juliet, TN 37122-1353 | TUNE ENTREKIN & WHITE PC<br>315 DEADERICK ST SUITE 1700<br>NASHVILLE, TN 37238-1700 | Tennessee Department of Revenue<br>c/o TN Atty Gen. Off., Bank Div.<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |
| VOLVO FINANCIAL SERVICES, a division of VFS<br>PO BOX 26131<br>GREENSBORO, NC 27402-6131 | WILSON BANK & TRUST<br>1476 MT JULIET RD<br>MOUNT JULIET, TN 37122-3341 | 701 Broadway Room 170<br>Nashville, TN 37203-3944 |
| 84 Lumber Company<br>PO Box 365<br>Eighty Four PA 15330-0365 | AC Concrete<br>1615 Bill Eller Dr.<br>La Vergne TN 37086-3147 | ACE PROPERTY AND CASUALTY INS CO<br>C/O ACE USA<br>436 WALNUT ST WA04K<br>PHILADELPHIA PA 19106-3703 |
| AMS Framing Co. LLC<br>1014 Saxony Lake Dr.<br>Antioch TN 37013-3790 | Ace USA<br>c/o Izzo Insurance Services Inc.<br>7234 W. North Ave<br>Elmwood Park IL 60707-4239 | Advanced Exterior Waterproofing<br>2599 Phillips Road<br>Lebanon TN 37087-7377 |
| Affinity Stone<br>90 Oceanside Dr<br>Nashville TN 37204-2360 | American Express<br>PO Box 297879<br>Fort Lauderdale FL 33329-7879 | Apps T.V. Inspection<br>3863 Pleasant Grove Road<br>White House TN 37188-5146 |
| Associated Masonry Products , Inc.<br>485 Allied Drive<br>Nashville TN 37211-3317 | Austermiller Roofing, Inc.<br>2006 Shoreline Dr.<br>Mount Juliet TN 37122-2274 | Brown's Concrete and Block Co. INC<br>204 Cowan Rd.<br>Dickson TN 37055-2434 |

| | | |
|---|---|---|
| CLOUD CONCRETE PRODUCTS div.<br>OLDCASTLE PRECAST, INC.<br>5900 EAST DIVISION<br>LEBANON, TN 37090-6403 | Caterpillar Financial Service<br>P.O. Box 34001<br>Nashville TN 37203 | Caterpillar Financial Services Corp<br>P.O. Box 34001<br>Nashville TN 37203 |
| Caterpillar Financial Services Corporation<br>c/o Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>Nashville, TN 37203-2771 | Caterpillar/D4<br>P.O. Box 34001<br>Nashville TN 37203 | Caterpiller Financial Services Corp.<br>P.O. Box 34001<br>Nashville TN 37203 |
| Cenwood Appliance Distributors<br>4015 Armory Oaks Drive<br>Nashville TN 37204-4577 | Charles E. and/or Carol B. Haynes<br>6679 Duck Pond Lane<br>Sarasota, FL 34240-6605 | CitiCapital<br>P.O. Box 6229<br>Carol Stream IL 60197-6229 |
| CitiCapital Commercial Corporation<br>Attn: Tessa Dominy<br>3950 Regent Blvd., Mail Stop S2B-230<br>Irving, Texas 75063-2244 | CitiCapital/Volvo/ EC 330 BLC<br>P.O. Box 6229<br>Carol Stream IL 60197-6229 | Civil Site<br>630 Southgate Ave. Suite A<br>Hermitage TN 37076 |
| Claud Heating & Cooling Inc.<br>322 Willhagan Road<br>Nashville TN 37217-1146 | Cloud Concrete Products<br>P.O. Box 402721<br>Atlanta GA 30384-2721 | Contech Stormwater Solutions<br>12021 B NE Airport Way<br>Portland OR 97220-1169 |
| Creative Home Designs, Inc.<br>745 S. Church Street, Ste.230<br>Murfreesboro TN 37130-4996 | Cullum Wood Products<br>216 Shady Grove Rd.<br>Nashville TN 37214-2103 | Darryl Stachowiak<br>7067 Beckwith Road<br>Mount Juliet TN 37122-6010 |
| Emser Tile<br>8431 Stant Monica Blvd<br>West Hollywood CA 90069 | Ferguson Enterprises, INC<br>1708 Elm Hill Pike<br>Nashville TN 37210-3708 | Flagpros<br>1252 S. Gallatin Road<br>Madison TN 37115-4613 |
| Fleetco Leasing, LLC<br>1336 Foster Ave.<br>Nashville TN 37210-4410 | GTI South, Inc.<br>P.O. Box 160<br>Falling Waters WV 25419-0160 | Gilley Trucking LLC<br>548 Holt Road<br>Lebanon TN 37087-0403 |
| Harris Electric Supply Company<br>P.O. Box 24707<br>Nashville TN 37202-4707 | Hayes & Associates<br>P.O. Box 448<br>Madison TN 37116-0448 | Hayes Pipe Supply, Inc.<br>P.O. Box 101550<br>Nashville TN 37224-1550 |
| Henley Supply Millwork INC<br>Box 306<br>Decherd TN 37324-0306 | Hertz Equipment Rental Corp.<br>14501 Quail Springs PW<br>Oklahoma City OK 73134 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |

| | | |
|---|---|---|
| J & J Services, INC<br>504 Autumn Springs Ct. Unit 18<br>Franklin TN 37067-2849 | Jan's Painting & Drywall<br>231 Deluin Drive<br>Antioch TN 37013-4057 | Jeffco Flooring & Supply<br>831 Fesslers Pkwy<br>Nashville TN 37210-2902 |
| John Deere Landscapes<br>109 Edison Street<br>Nashville TN 37211-2071 | Joshua Pierce d/b/a Pierce Exteriors<br>3024 Lillard Pl<br>Lebanon TN 37087-5952 | Lowe's<br>P.O. Box 2918<br>Mission KS 66201-1318 |
| MHC Financial Services, Inc.<br>Apperson, Crump & Maxwell, PLC<br>c/o Bruce M. Kahn, Esq.<br>6000 Poplar Avenue, Suite 400<br>Memphis, TN 38119-3972 | Metro Carpets, LLC<br>1525 Elm Hill Pike<br>Nashville TN 37210-3601 | N & E Roofing<br>P.O. Box 110372<br>Nashville TN 37222-0372 |
| Nashville Marble & Whirlpool Bath, LLC<br>333 Sand Hill Road<br>La Vergne TN 37086-2420 | Nationwide Mutual Insurance<br>P.O. Box 182194<br>Columbus OH 43218-2194 | New South Federal Savings Bank<br>510 Lorna Square<br>Birmingham AL 35216-5480 |
| Orgain Builders Supply<br>P.O. Box 969<br>Clarksville TN 37041-0969 | Palmer Enterprises<br>603 Idlewood Drive<br>Mount Juliet TN 37122-2115 | Parman Lubricants<br>7101 Cockrill Bend Blvd<br>Nashville TN 37209-1005 |
| Plan Express<br>3003 Airways Blvd Suite 2147<br>Memphis TN 38131-0117 | Prestige Wood Furnishings, LLC<br>2315 Saundersville Ferry Road<br>Mt. Juliet, TN 37122-1353 | Quality -Plus Kitchens<br>1205B Antioch Pike<br>Nashville TN 37211-3103 |
| Ram Tool and Supply Company, Inc<br>c/o Cloud & Tidwell, LLC<br>1625 Richard Arrington Jr Blvd S<br>Birmingham, AL 35205-4901 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWE'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Rochelle, McCulloch & Aulds, PLLC<br>109 N. Castle Heights Ave<br>Lebanon TN 37087-2739 |
| Roofing Supply Group, Inc Of Nashville<br>1707 River Hills Drive<br>Nashville TN 37210-2312 | Scott Equipment<br>1231 Bridgestone Parkway<br>La Vergne TN 37086-3510 | Scott Equipment Company, LLC<br>P O Box 4948<br>Monroe, Louisiana 71211-4948 |
| Smyrna Ready Mix<br>4475 Hickory Grove Road<br>Murfreesboro TN 37129 | Smyrna Ready Mix, LLC<br>c/o G. Christopher Holder<br>503 North Maple Street<br>Murfreesboro, TN 37130-2833 | Southland Bathing Products<br>118 Midtown Court Building H<br>Hendersonville TN 37075-2353 |
| Star Bright Luxury Tile, Inc<br>5161 Rice Road #5<br>Antioch TN 37013-2016 | Superior Drywall of TN, LLC<br>P.O. Box 292301<br>Nashville TN 37229-2301 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |

| | | |
|---|---|---|
| The Contractor Yard<br>ProBuild East LLC<br>900 W Trade Street Ste 715<br>Charlotte NC 28202-1144 | Thompson Machinery<br>1245 Bridgestone Blvd<br>La Vergne TN 37086-3510 | Titan Electric<br>1127 Cedar Grove Raod<br>Lebanon TN 37087-7988 |
| Titan Gate & Fence Company<br>1518 W. College Street<br>Murfreesboro TN 37129-1726 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Valley Interiors Products<br>350 Hermitage Ave.<br>Nashville TN 37210-2158 |
| Volvo Financial Services<br>P.O. Box 26131<br>Chattanooga TN 37402 | Volvo Financial Services, a division of VFS<br>P.O. Box 26131<br>7025 Albert Pick Road, Ste. 105<br>Greensboro, NC 27409-9519 | Volvo Financial Services, a division of VFS<br>PO Box 26131<br>7025 Albert Pick Road Sutie 105<br>Greensboro NC 27409-9539 |
| WILSON BANK & TRUST<br>MT. JULIET OFFICE<br>1476 NORTH MT. JULIET ROAD<br>MT. JULIET, TN 37122-3341 | Wamble & Associates, PLLC<br>40 Middleton Street<br>Nashville TN 37210-2041 | Weatherford and Associates, LLC<br>1301 Central Ct.<br>Hermitage TN 37076-3153 |
| Williams Information Technologies<br>1227 Palmer Road<br>Lebanon TN 37090-8207 | Wilson County Tennessee<br>109 North Castle Heights Avenue<br>Lebanon, TN 37087-2738 | JOSEPH P RUSNAK<br>TUNE ENTREKIN & WHITE PC<br>AMSOUTH CENTER STE 1700<br>315 DEADERICK STREET<br>NASHVILLE, TN 37238-3000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 21126<br>PHILADELPHIA PA 19114-0326 | (d)Internal Revenue Services<br>801 Broadway<br>M/S MDP 146<br>Nashville, TN 37203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (d)CULLUM WOOD PRODUCTS, INC.<br>C/O V. A. MELTON, JR.<br>211 DONELSON PIKE, STE. 210<br>NASHVILLE, TN 37214-2932 | (d)FLAGPRO<br>C/O THOMAS PATRICK WALL, III<br>223 MADISON STREET, STE. 207<br>MADISON, TN 37115-3663 |
| (d)Parman Lubricants Corporation<br>c/o John A. Mueller, Esq.<br>144 2nd Ave N<br>Suite 300<br>Nashville, TN 37201-1928 | (d)Prestige Wood Furnishings<br>2315 Saundersville Ferry Road<br>Mount Juliet TN 37122-1353 | (u)Dwight Smith<br>Crye-Leike |

End of Label Matrix
Mailable recipients    104
Bypassed recipients      6
Total                  110